Jesse Earl Davenport, 71132-097
Name and Prisoner/Booking Number

United States Penitentiary Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ 85734-4550
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
          FILED _____      _____ LODGED
          RECEIVED _____   _____ COPY

                MAY 1 4 2018

          CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JESSE EARL DAVENPORT,
(Full Name of Plaintiff)

           Plaintiff,

v.

(1) R.L. RHODES, et al.,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

           Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 18-0249 TUC RM PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: United States Penitentiary Tucson

Revised 3/11/16      1      **550/555**

## B-1. DEFENDANTS

1. R.L. Rhodes, acting Complex Warden at FCC Tucson
2. J.T. Shartle, former Warden at USP Tucson
3. L. Molinar, Correctional Systems Supervisor at UPS Tucson
4. W. Marcum, Correctional Systems Officer at USP Tucson
5. J. Villareal, Correctional Officer at USP Tucson
6. A. Diaz, Coorectional Officer at USP Tucson
7. W. Lake, Correctional Officer at USP Tucson
8. S. Brown, Correctional Counselor at USP Tucson
9. Moreno (first initial unkown), Psychologist at USP Tucson

## B. DEFENDANTS

1. Name of first Defendant: <u>R.L. Rhodes</u>. The first Defendant is employed as: <u>Acting Complex Warden</u> at <u>FCC Tucson</u>.
   (Position and Title) (Institution)

2. Name of second Defendant: <u>L. Molinar</u>. The second Defendant is employed as: <u>Correctional Systems Supervisor</u> at <u>USP Tucson</u>.
   (Position and Title) (Institution)

3. Name of third Defendant: <u>J. Villareal</u>. The third Defendant is employed as: <u>Correctional Officer</u> at <u>USP Tucson</u>.
   (Position and Title) (Institution)

4. Name of fourth Defendant: <u>A. Diaz</u>. The fourth Defendant is employed as: <u>Correctional Officer</u> at <u>USP Tucson</u>.
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? <u>1</u>. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: <u>Jesse Earl Davenport</u> v. <u>J.T. Shartle</u>
      2. Court and case number: <u>4:17-cv-00466-DCB-LAB</u>
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) <u>Dismissed for lack of subject matter jurisdiction.</u>

   b. Second prior lawsuit:
      1. Parties: <u>n/a</u> v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: <u>n/a</u> v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>First Amendment Right to be Free from Retaliation for Complaining of Staff Misconduct</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   <u>On 2-28-2018, I sent an email to the Associate Wardens' inbox stating that there is a pattern of behavior in mistreatment of inmates' mail by mail room staff. On 3-1-2018, I was called, by Moreno, to the corridor between two units and subjected to a frisk search by A. Diaz. While Diaz searched my person, J. Villareal "searched" my shoes, during which time he planted an unknown substance in my shoe and then "found" it. Diaz then escorted me to the Lieutenant's office and placed me into the holding cell. A few minutes later, Diaz conducted a strip search of my person. About an hour later, W. Lake released me back to my housing unit with the admonition to refrain from "shining about the mail." On or about 3-5-2018, Villareal asked me if I was "ready for more, or [did] I] learn enough not to complain so much?"</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>My First Amendment right to grieve staff misconduct was chilled.</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Complaining is what got me into this mess in the first place.</u>

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: <u>First Amendment right to Send and Receive Mail</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   On or about 9-5-2017, Correctional Systems Officer W. Marcum (Marcum) improperly rejected my incoming mail based on that home-printed books that are not sent from "AN AUTHORIZED SELLER, THESE COPIES ARE NOT AUTHORIZED." There is no Bureau of Prisons regulation available to inmates that prohibits copies of books being sent to inmates through the mail from private parties for strictly personal use. MArcum signed the rejection notice letter. Correctional Systems Supervisor L. Molinar (Molinar) allows the routine rejection of prisoners' mail for arbitrary or capricious reasons.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My right to send and receive mail has been infringed.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>First Amendment Right to Send and Receive Mail</u>.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   <u>On or about 4-3-2018, Marcum rejected three pieces of incoming mail sent to me which contained printed versions of fantasy-based game cards from the game Magic, The Gathering because "THESE GAME PAGES?CARDS (MYSTICSPOILER.COM) FANTASY GAME PIECES. ARE NOT AUTHORIZED." The USP Tucson Recreation department provides facilities for inmates to play Magic, The Gathering, and Bureau Of Prisons regulations do authorized "FANTASY GAME PIECES" and fantasy-based games.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>My right to send and receive mail has been infringed.</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Fear of retaliation (See Count One)</u>

]

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

COUNT IV

DEFENDANTS CONSPIRED TO RETALIATE AGIANST PLAINTIFF FOR EXERCISING HIS RIGHT TO COMPLAIN OF STAFF MISCONDUCT:

Between the dates of 2-28-2018 and 3-1-2018, Defendants Moreno, Villareal, Diaz, and Lake did conspired to perform the acts complained of in Count I of this Complaint.

COUNT V

DEFENDANT CANNOT BE ASSIGNED WORK DETAIL BECAUSE OF NOTATION IN HIS SENTRY FILE

On or about 10-18-2017, S. Brown did cause, by notation in Plaintiff's SENTRY file, deprive Plaintiff of the right to be employed at the USP Tucson. Plaintiff was informed of this notation by his former work detail supervisor several days after Plaintiff attempted to regain his position on the PM Yard Crew after his release from the SHU on or about 10-18-2017.

### E. REQUEST FOR RELIEF

State the relief you are seeking:
Plaintiff seeks Injunctive, Declarative, and Monetary relief, and whatever other relief the Court deems necessary to accomplish the goals of Justice in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/7/2018
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.