1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE DISTRICT OF ARIZONA
10
11
12  Jesse Earl Davenport,                         CASE NO:
                                                  CV–18–00249–TUC–RM (PSOT)
13          Plaintiff,
14      v.
15  RL Rhodes, et al.,                            **NOTICE OF ASSIGNMENT**
16          Defendants.
17
18
19
20          On May 14, 2018, Plaintiff filed a Complaint which has been assigned
21  the case number listed above. This case has been assigned to District Court
22  Judge Rosemary Marquez and the Court's Legal Staff. When any action is
23  taken in this case, you will be notified by Court order.
24          DATED this 14th day of May, 2018.
25                                          *s/Brian D. Karth*
26                                          Brian D. Karth
                                            District Court Executive/Clerk
27  cc: Plaintiff
28

1
2
3
4
5
6
7
8                                    WARNING!
9  Failure to comply with the following rules will result in your document being STRICKEN
10 and/or your case being DISMISSED:
11 (1)   You must file a Notice of Change of Address if your address changes.
12 (2)   You must correctly label any further documents with the above assigned
13        caption and case numbers. LRCiv 7.1(a).
14 (3)   You must sign your name and date every document you file. FED. R. CIV. P. 11.
15 (4)   If applicable, you must provide an original and one copy of any document to
16        be filed. If you request a conformed copy, you must provide an original
17        and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers.
18 (5)   If applicable, you must mail copies of every document you file to all respondents.
19        or their attorneys, FED. R. CIV. P. 5(a), and every document you file
20        must include a certificate stating the date a copy of the document was mailed
21        to respondents or their attorneys. This does not apply to prisoner e−filers.
22 (6)   The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.
23
24
25
26
27
28